**PRELIMINARY PROTECTIVE ORDER —FAMILY ABUSE**
Commonwealth of Virginia  Va. Code Ann. § 16.1-253.1

Court Case No. ......... JA004884-01-00 .........

PAGE J & DR - ADULT

Hearing Date and Time ............................................
Juvenile and Domestic Relations District Court

| PETITIONER/PLAINTIFF | | RESPONDENT |
|---|---|---|
| SWITZER, TERRI L. | v. | SWITZER, THOMAS L. |
| LAST    FIRST    MIDDLE | | LAST    FIRST    MIDDLE |
| | | C/O WILLIAM SWITZER  12 NOVEMB |
| | | STUARTS DRAFT VA |

It appearing that the court has jurisdiction of the subject matter of the action and the parties and upon petition for a preliminary protective order, the Court finds and concludes as follows:

1. The Petitioner is a family or household member of the Respondent,
2. The Petitioner is or has been, within a reasonable period of time, subjected to family abuse, and
3. In order to protect the health and safety of the Petitioner or any family or household member of the Petitioner, a preliminary protective order is warranted.

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | HT. | WGT | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M | MO. DAY YR. | FT. IN | | | |

SSN

[ ] CAUTION: Weapon Involved

[ ] *Ex Parte Proceeding Only:* The petition has been supported by an affidavit or sworn testimony before the judge or intake officer and either the Petitioner is in immediate and present danger of family abuse or there is sufficient evidence to establish probable cause that family abuse has recently occurred so as to justify proceeding on an *ex parte* basis.

ACCORDINGLY, it is therefore ORDERED that:

[X] the Respondent shall refrain from committing acts of family abuse.
[X] the Respondent shall grant the Petitioner possession of the premises occupied by the parties located at
    _614 East Main St Apt 2 Stanley VA_
    and the Respondent shall immediately leave and stay away from the residence; however, no such grant of possession shall affect title to any real or personal property.

[ ] the Respondent shall not terminate [ ] the Respondent shall restore necessary utility service(s) to the premises indicated above, specifically, .................................................
    UTILITY SERVICE(S)

[X] the Respondent shall grant the Petitioner temporary exclusive possession or use of a motor vehicle jointly owned by the parties or owned by the Petitioner alone, described as follows: _1993 Buick Le Sabre_
    Such grant shall not affect title to the vehicle.

[ ] the Respondent shall provide suitable alternative housing for the Petitioner [ ] and family or household members as follows: ..................................................

    [ ] and the Respondent shall pay deposit(s) to connect or restore necessary utility service(s) in the alternative housing, specifically, ......................................
        UTILITY SERVICE(S)

[X] the Respondent shall have no further contact of any type with the Petitioner except as follows:
    [ ] no exceptions

[X] the Respondent shall refrain from having contact with _Evan Brent  28 Feb 1994_
    to protect their safety except as follows:

SERVE

[ ]

[ ] Supplemental Sheet to Protective Order, Form DC-653, attached and incorporated by reference. # of supplemental pages ........

It is further ORDERED that a protective order hearing on the petition be held at this Court on ....................
at ___2:30___ and that notice of this hearing be given to the Respondent who is the alleged abuser.

[ ] The respondent failed to appear at the protective order hearing set for ........................... because the respondent was not personally served or, if personally served, was incarcerated and not transported to the hearing. It is ORDERED that the Preliminary Protective Order is extended and the hearing is continued to ........................

10/26/2009
DATE                                                        JUDGE

The terms "family abuse" and "family or household member" are defined on the reverse side of this order.
FORM DC-627 FRONT 07/09

**EXHIBIT**

1