# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA  Va. Code § 19.2-71, -72

Page ..........
CITY OR COUNTY ..........

☐ General District Court ☐ Criminal ☐ Traffic
☒ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/26/2009          DATE          did unlawfully in violation of Section

**16.1-253.2** ..........., Code of Virginia:
violate a provision of a protective order issued pursuant to 16.1-253.1.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Dep. A. B. Hammer   417   SCSO** ..........., Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

10/26/2009 05:00 PM
DATE AND TIME ISSUED

_[signature]_ Leilani A. Monahan
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

CCRE May be Required

FORM DC-314 MASTER, PAGE ONE OF TWO

---

CASE NO. ..........

**ACCUSED:**
Switzer, Thomas L.
LAST NAME, FIRST NAME, MIDDLE NAME
614 E Main St. #2
ADDRESS/LOCATION
Luray, VA 22851

☐ Mailing address ☐ Same as above
To be completed upon service as Summons

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| W | M |  | 5' 10" | 360 | BLU | BRO |

SSN ..........
DL# ..........
STATE ..........

**CLASS 1 MISDEMEANOR**

☐ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

..........., DATE AND TIME OF SERVICE
..........., ARRESTING OFFICER
..........., BADGE NO. AGENCY AND JURISDICTION

for .........., SHERIFF

Attorney for the Accused: ..........

Short Offense Description (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**

Offense Tracking Number:
**139UM308090902823**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: ..........

PRT-5007-M1

Hearing Date/Time 11/23/2009 09:00 AM

**EXHIBIT 2**

STATE