# WARRANT OF ARREST—MISDEMEANOR (STATE)

**COMMONWEALTH OF VIRGINIA** Va. Code § 19.2-71, -72

Page _____ CITY OR COUNTY

☐ General District Court ☐ Criminal ☐ Traffic
☒ Juvenile and Domestic Relations District Court

**CASE NO.** _____

**ACCUSED:** Switzer, Thomas L
LAST NAME, FIRST NAME, MIDDLE NAME
614 E Main St. #2
Stanley, VA 22851
ADDRESS/LOCATION

To be completed upon service as Summons
Mailing address ☐ Same as above
☐ _____

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | | | | 5' | 10" | 360 | BLU | BRO |

SSN _____ DL# _____ STATE _____

## CLASS 1 MISDEMEANOR

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 11/07/2009 DATE did unlawfully in violation of Section

**16.1-253.2** _____, Code of Virginia:
violate a provision of a protective order issued pursuant to 16.1-253.1.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Sgt. R. B. Dean 202 Stanley P. D. _____, Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

_signature_ Leilani A. Monahan
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

11/07/2009 09:01 PM
DATE AND TIME ISSUED

☐ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

_signature_ , ARRESTING OFFICER

DATE AND TIME OF SERVICE

for _____ _signature_
BADGE NO., AGENCY AND JURISDICTION SHERIFF

Attorney for the Accused: _____

**Short Offense Description** (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**

**Offense Tracking Number:**
**139JM308090902962**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: _____

**PRT-5007-M1**

Hearing Date/Time: 11/23/2009 10:30 AM

EXHIBIT 3