IN THE WESTERN DISTRICT
OF VIRGINIA.

Case # 5:11 CV 00021
Switzer vs. The Town of Stanley
           Motion For Extension
              of Time.

My incarceration may extend beyond the deadline for filing a response. So I ask for a 30 day extension of time.

In my response I am going to address what Dean should have done (gotten the warrant first) Instead of what he could do (make a warrantless arrest). Police have the power to make choices we all know. There was no violence in the home and I was found not guilty. If Dean was right, why wasn't I found guilty?

Respectfully,

Thomas L. Switzer

Certificate of Service

Plaintiff hereby certifies that on the 29th Day of March I mailed a copy of the foregoing to Zunka, Milnor, and Carter, P.O. Box 1567, Charlottesville, VA 22902

Thomas L. Gust





Thomas Switzer
12 November Rd
Waynesboro, VA 22980

RICHMOND VA 230
28 MAR 2012 PM 1 L

USA FIRST-CLASS FOREVER

United States District Court
116 N. Main St, Room 314
Harrisonburg, VA 22802

22802363216